IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jerry Gilligan, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIV 05-368 PHX EHC (VAM) |
| Dora Schriro, et al., | ) ) | O R D E R |
| Defendants. | ) | |

On February 7, 2006, plaintiff filed a "Motion to Continue Time to Complete Service and Request for Defendant Schriro to Provide Court with Addresses Under Seal." (Doc. 21). The record reflects that service was returned unexecuted on defendants Greeley and Pinkstaff (Docs. 9 and 10) and there has been no service on defendant Hernandez. It is unclear whether defendants Greeley, Pinkstaff and/or Hernandez are still employed with the Arizona Department of Corrections. Accordingly, defense counsel will be required to advise the Court and plaintiff regarding this matter. If defendants Greeley, Pinkstaff and/or Hernandez are still employed with the ADOC, defense counsel shall provide that information to plaintiff. If defendants Greeley, Pinkstaff and/or Hernandez are no longer employed by the ADOC, counsel shall provide their last known home addresses to the Court UNDER SEAL.

On February 23, 2006, plaintiff filed a "Motion for Extension of Time to Reply to Opposition to Plaintiff's Motion for Preliminary Injunction." (Doc. 23). Plaintiff's Motion will be granted and he shall have until March 27, 2006 within which to

```
 1  file his reply.
 2       IT IS THEREFORE ORDERED granting plaintiff's "Motion to
 3  Continue Time to Complete Service and Request for Defendant
 4  Schriro to Provide Court with Addresses Under Seal."  (Doc. 21).
 5       IT IS FURTHER ORDERED that within ten (10) days from the date
 6  this Order is filed, defendants shall provide plaintiff with
 7  defendants', Greeley, Pinkstaff and Hernandez, current work
 8  locations if said defendants are still employed with the ADOC.  If
 9  plaintiff is provided this information, he shall prepare and
10  return service packets to the Clerk of the Court.  The Clerk of
11  the Court is further directed to send three service packets to
12  plaintiff.  If defendants Greeley, Pinkstaff and/or Hernandez are
13  no longer employed with the ADOC, defense counsel shall file UNDER
14  SEAL defendants' (Greeley, Pinkstaff and/or Hernandez) last known
15  home addresses.  Upon receipt of that information, the Clerk of
16  the Court shall prepare and send to the U.S. Marshal a service
17  packet for service of the Summons and Amended Complaint upon
18  defendants Greeley, Pinkstaff and/or Hernandez.
19       IT IS FURTHER ORDERED that the time for completing service
20  shall be extended sixty (60) days from the date this Order is
21  filed.
22       IT IS FURTHER ORDERED granting plaintiff's "Motion for
23  Extension of Time to Reply to Opposition to Plaintiff's Motion for
24  Preliminary Injunction."  (Doc. 23).  Plaintiff shall have until
25  March 27, 2006 to file his reply.
26       DATED this 7th day of March, 2006.
27
28
```

_Virginia A. Mathis_
Virginia A. Mathis
United States Magistrate Judge

- 2 -